**GENERATION II ORTHOTICS INC. and Generation II USA Inc.,** Plaintiffs–Appellees,

v.

**MEDICAL TECHNOLOGY INC. (doing business as Bledsoe Brace Systems),** Defendant–Appellant.

No. 05–1463.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Rehearing En Banc Denied Dec. 20, 2006.

Before NEWMAN, DYK, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36